IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

02 MAY 21  PM 1:24

U.S. ____ ____RT
N.D. ___ ___ ___ AMA

CHESTER and REBECCA BROWDER,      )
and HORACE R. and HARRIETTE A.     )
GLOVER, on behalf of themselves and  )
all others similarly situated,           )
                                    )
          Plaintiffs,               )
                                    )
v.                                  )        CIVIL ACTION NO. 00-JEO-0644-NE
                                    )
H&R BLOCK, INC., H&R BLOCK          )
GROUP, INC., and H&R BLOCK TAX     )
SERVICES, INC., H&R BLOCK          )
EASTERN TAX SERVICES, INC.,        )
                                    )
          Defendants.               )

**ENTERED**

MAY 2 2 2002

## MEMORANDUM OPINION

This matter is before the court on the motion of the defendants, H&R Block, Inc., H&R

Block Group, Inc., and H&R Block Tax Services, Inc. (hereinafter "the defendants"), to dismiss

this action as to them premised on a lack of personal jurisdiction (doc. 44), and the motion of the

plaintiffs, Chester and Rebecca Browder and Horace R. and Harriette A. Glover (hereinafter "the

plaintiffs"), to strike the defendants' motion to dismiss for lack of personal jurisdiction (doc. 46).

On April 29, 2002, the magistrate judge assigned this matter entered a Report and

Recommendation that the plaintiffs' motion to strike the defendants' motion to dismiss be

granted and the defendants' motion be struck. None of the parties have filed any objections to

the Report and Recommendation.

The court has considered the entire file in this action together with the Report and

Recommendation and has reached an independent conclusion that the Report and

Recommendation is due to be adopted and approved. The court hereby adopts and approves the

*53*

findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiffs' motion to strike the defendants' motion to dismiss is due to be granted and the defendants' motion be struck. An appropriate order will be entered.

DONE, this __21st__ day of May, 2002.

U. W. CLEMON
Chief United States District Judge